1

2

3

4

NOV 2 1 2011

5

6

7

8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10

11 | PAMELA STONEBREAKER, an individual,

CASE NO.: 3:11cv00871 WQH (WVG)

12

**ORDER DISMISSING THIS ACTION WITH PREJUDICE**

Plaintiff,

13

14 | v.

15 | PRUCO LIFE INSURANCE COMPANY, a corporation,

16

Defendant.

17 | (AND RELATED CROSS-COMPLAINT AND THIRD-PARTY COMPLAINT)

18

19

20       The Court has reviewed the joint motion by all parties to this action, including the

21 | Plaintiff, Pamela Stonebreaker; the Defendant, Counterclaimant and Third-Party Claimant

22 | Pruco Life Insurance Company ("Pruco"); and the Honorable Patricia Cowett, Guardian

23 | Ad Litem for minors Kristen Stonebreaker, Kelli Stonebreaker, and Ryan Stonebreaker

24 | ("the Stonebreaker children"), for an order dismissing this action with prejudice.

25       The Court notes that the parties have settled this action and finds good cause for the

26 | requested order. Accordingly:

27       IT IS ORDERED that Plaintiff Pamela Stonebreaker and the Stonebreaker Children

28 | are permanently enjoined from instituting or prosecuting any proceeding in any State or

1

1  United States court against Pruco with respect to the death benefits, claim interest and

2  premium refund, totaling $421,823.73, that became due under Individual Life Insurance

3  Policy number L5 044 422 (the "Policy"), issued by Pruco and insuring the life of Robert

4  F. Stonebreaker, (the "Death Benefit") and subsequently deposited by Pruco with the Court

5  on or about October 20, 2011 pursuant to the Court's November 4, 2011 Order, docket

6  number 51;

7       IT IS FURTHER ORDERED Plaintiff Pamela Stonebreaker and the Stonebreaker

8  Children forever discharge Pruco from any and all liability relating to the Policy and/or the

9  Death Benefit, and Plaintiff Pamela Stonebreaker and the Stonebreaker Children are

10  permanently enjoined from making any further actual or implied claims, demands and

11  causes of action, asserted or unasserted, express or implied, foreseen or unforeseen, real or

12  imaginary, suspected or unsuspected, known or unknown, liquidated or unliquidated, of

13  any kind or nature or description whatsoever, that they jointly and severally ever had,

14  presently have, may have, or claim or assert to have, or hereinafter have, may have, or

15  claim or assert to have, against Pruco with respect to the Policy and/or the Death Benefit

16  previously due thereunder; and

17       IT IS FURTHER ORDERED this entire action, including any and all complaints,

18  counterclaims and third-party complaints, is dismissed with prejudice, with all parties to

19  bear their own attorneys' fees and costs.

20       IT IS SO ORDERED.

21

22  Dated: _11/18/11_          _____

23                            **WILLIAM Q. HAYES**
                              United States District Judge

24

25

26

27

28

2