FILED

NOV 21 2011

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA STONEBREAKER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PRUCO LIFE INSURANCE COMPANY, a corporation,<br><br>Defendant.<br><br>(AND RELATED CROSS-COMPLAINT AND THIRD-PARTY COMPLAINT) | CASE NO.: 3:11cv00871 WQH (WVG)<br><br>**ORDER DISMISSING THIS ACTION WITH PREJUDICE** |

The Court has reviewed the joint motion by all parties to this action, including the Plaintiff, Pamela Stonebreaker; the Defendant, Counterclaimant and Third-Party Claimant Pruco Life Insurance Company ("Pruco"); and the Honorable Patricia Cowett, Guardian Ad Litem for minors Kristen Stonebreaker, Kelli Stonebreaker, and Ryan Stonebreaker ("the Stonebreaker children"), for an order dismissing this action with prejudice.

The Court notes that the parties have settled this action and finds good cause for the requested order. Accordingly:

IT IS ORDERED that Plaintiff Pamela Stonebreaker and the Stonebreaker Children are permanently enjoined from instituting or prosecuting any proceeding in any State or

United States court against Pruco with respect to the death benefits, claim interest and premium refund, totaling $421,823.73, that became due under Individual Life Insurance Policy number L5 044 422 (the "Policy"), issued by Pruco and insuring the life of Robert F. Stonebreaker, (the "Death Benefit") and subsequently deposited by Pruco with the Court on or about October 20, 2011 pursuant to the Court's November 4, 2011 Order, docket number 51;

IT IS FURTHER ORDERED Plaintiff Pamela Stonebreaker and the Stonebreaker Children forever discharge Pruco from any and all liability relating to the Policy and/or the Death Benefit, and Plaintiff Pamela Stonebreaker and the Stonebreaker Children are permanently enjoined from making any further actual or implied claims, demands and causes of action, asserted or unasserted, express or implied, foreseen or unforeseen, real or imaginary, suspected or unsuspected, known or unknown, liquidated or unliquidated, of any kind or nature or description whatsoever, that they jointly and severally ever had, presently have, may have, or claim or assert to have, or hereinafter have, may have, or claim or assert to have, against Pruco with respect to the Policy and/or the Death Benefit previously due thereunder; and

IT IS FURTHER ORDERED this entire action, including any and all complaints, counterclaims and third-party complaints, is dismissed with prejudice, with all parties to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: 11/18/11

WILLIAM Q. HAYES
United States District Judge